UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO OSIEL VALENCIA BARRERA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　　Defendant. | Case No.  22-cv-02420-JCS<br>*Also Filed in Case No. 22-cv-02419-LB*<br><br>**SUA SPONTE REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

Plaintiff Artuo Osiel Valencia Barrera has filed two cases against Defendant the Department of Homeland Security alleging denial of entry to a federal courthouse on consecutive days (April 14, 2022 and April 15, 2022). Because both cases involve the same parties and may raise similar issues, this case (22-cv-02420-JCS) is hereby REFERRED to the Honorable Laurel Beeler pursuant to Civil Local Rule 3-12(c) to determine whether it is related to *Valencia Barrera v. Department of Homeland Security*, No. 22-cv-02419-LB. Any party may file a response supporting or opposing finding the cases related no later than April 25, 2022. *See* Civ. L.R. 3-12(c), 3-12(e), 7-11(b).

**IT IS SO ORDERED.**

Dated: April 20, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge